Federal court of the District of Massachusetts
Boston Division

David C. Lettieri
    Plaintiff

-against-                                    25-cv-13433

aBdal et al
    Defendant                      Notice of appeal (608)
                                        request

    The moves on grounds of Not reserving a decision to this case to re open For Notice of appeal. The plaintiff also Like a copy of the decision.


Thank you,

under penalty of perjury,

/)-

David C. Lettieri